UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MICHELLE LYN CHEEK,

                        Plaintiff,

      v.                                                5:14-CV-482

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

This action, in which Plaintiff seeks review of a decision by the Commissioner of Social Security denying her benefits, was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

In the Report-Recommendation, dated May 20, 2015, Magistrate Judge Baxter recommends that the Commissioner of Social Security's decision denying disability benefits be affirmed. No objections to the Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is, therefore, **ORDERED** that:

(1) the Report-Recommendation is **ADOPTED**;

(2) the Commissioner's Decision is **AFFIRMED**; and

(3) the Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**.

Dated: June 20, 2015

Thomas J. McAvoy
Senior, U.S. District Judge